## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## (ERIE)

| | |
|---|---|
| *In Re:* | Case No. 14-10787-TPA |
| **Joseph John Pinetti,** | |
| **Valarie Elaine Pinetti** | |
| | **Chapter 13** |
| **Debtor** | |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND PLEADINGS

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of Bank of America, N.A., secured creditor in the above-referenced proceedings. The undersigned hereby requests that notice and copies of all motions, notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure, be served upon the following:

> Joel S. Todd
> Shelton, Harrison & Pinson, PLLC
> 701 Highlander Blvd, Suite 270
> Arlington, TX 76015
> Tele: 817.522.7550
> Email: JTodd@shp-law.com

**SHELTON, HARRISON & PINSON, PLLC**

By: /s/ Joel S. Todd

Date: November 7, 2016        Joel S. Todd
Attorney Id. 62334

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
(ERIE)

*In Re:*  Case No. 14-10787-TPA

**Joseph John Pinetti,**
**Valarie Elaine Pinetti**

Chapter 13

**Debtor**

### CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2016, a true and correct copy of the foregoing Notice of Appearance and Request for Notification was served upon all interested parties pursuant to the Court's CM/ECF system.

**SHELTON, HARRISON & PINSON, PLLC**

By: /s/ Joel S. Todd
Joel S. Todd

Debtor through the debtor's attorney of record
Joseph John Pinetti
6852 Garfield Ave.
Harborcreek, PA 16421

Joint Debtor through the debtor's attorney of record
Valarie Elaine Pinetti
6852 Garfield Ave.
Harborcreek, PA 16421

Debtor's Counsel
Michael S. Jan Janin
Quinn Buseck Leemhuis Toohey & Kroto Inc
2222 West Grandview Boulevard
Erie, PA 16506-4508

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburg, PA 15219

<u>U.S Trustee</u>
Office of the United States Trustee
Liberty Center
1001 Liberty Avenue
Suite 970
Pittsburg, PA 15222