IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 14-10787TPA |
| | : | |
| JOSEPH JOHN PINETTI and VALARIE | : | THE HON. THOMAS P. AGRESTI |
| ELAINE PINETTI, his wife, | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| JOSEPH JOHN PINETTI, | : | RELATED TO DOCUMENT NO. 57 |
| Movant | : | |
| | : | DATE & TIME OF HEARING:  WEDNESDAY, |
| v. | : | SEPTEMBER 13, 2017 |
| | : | AT 9:30 A.M. |
| NO RESPONDENT | : | |
| | : | RESPONSES DUE: |
| | : | |
| | : | August 21, 2017 |

**CERTIFICATION OF NO OBJECTION REGARDING
APPLICATION TO EMPLOY SPECIAL COUNSEL (Document No. 57)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Application to Employ Special Counsel filed August 4, 2017 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Hearing with Response Deadline, objections to the Application were to be filed and served no later than August 21, 2017.

It is hereby respectfully requested that the Order attached to the Application be entered by the Court.

Dated:  August 22, 2017

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY &
KROTO, INC.

BY:     /s/Michael S. JanJanin
Michael S. JanJanin, Esquire
PA Id. No. 38880
The Quinn Law Firm
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
E-Mail: mjanjanin@quinnfirm.com
Counsel for Debtors

#1069679