**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In Re**: : | BANKRUPTCY NO. 14-10787TPA |
| : | |
| JOSEPH JOHN PINETTI and VALERIE ELAINE : | THE HONORABLE THOMAS P. AGRESTI |
| PINETTI, his wife, : | |
| Debtors. : | CHAPTER 13 |
| : | |
| JOSEPH JOHN PINETTI, : | |
| Movant, : | |
| : | |
| v. : | |
| : | |
| NO RESONDENT. : | |
| : | |

**NOTICE OF CHANGE OF ADDRESS**

Please take note that the following addresses have changed:

| **Undeliverable Address** | **Correct Address** |
|---|---|
| Joseph John Pinetti<br>6852 Garfield Avenue<br>Harborcreek, PA 16421 | Joseph John Pinetti<br>520 Montroyale Drive<br>Erie, PA 16504 |

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO, INC.

Dated: July 10, 2018

BY:    /s/Michael S. JanJanin
Michael S. JanJanin, Esquire
PA Id. No. 38880
2222 West Grandview Boulevard
Erie, Pennsylvania 16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
mjanjanin@quinnfirm.com
Counsel for Debtors

Document No. 1143164