**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 14-10787TPA |
| | : | |
| JOSEPH JOHN PINETTI and VALARIE | : | THE HONORABLE THOMAS P. AGRESTI |
| ELAINE PINETTI, his wife, | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| JOSEPH JOHN PINETTI and VALARIE | : | DATE AND TIME OF HEARING: |
| ELAINE PINETTI, his wife, | : | Thursday, August 16, 2018 at 9:30 a.m. |
| Movants | : | |
| | : | RESPONSES DUE: |
| v. | : | August 2, 2018 |
| | : | |
| NO RESONDENT | : | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO APPROVE MARITAL SETTLEMENT AGREEMENT (Document No. 72)**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading to the Motion to Approve Marital Settlement Agreement filed July 16, 2018 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Hearing with Response Deadline objections to the Motion were to be filed and served no later than August 2, 2018.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  August 3, 2018

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY &
KROTO, INC.

BY:    /s/Michael S. JanJanin
Michael S. JanJanin, Esquire
PA Id. No. 38880
The Quinn Law Firm
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
E-Mail: mjanjanin@quinnfirm.com
Counsel for Debtors

#1143162