FILED
8/6/18 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re**: | : | BANKRUPTCY NO. 14-10787TPA |
| | : | |
| JOSEPH JOHN PINETTI and VALARIE | : | THE HONORABLE THOMAS P. AGRESTI |
| ELAINE PINETTI, his wife, | : | |
| Debtors | : | CHAPTER 13 |
| | : | |
| JOSEPH JOHN PINETTI and VALARIE | : | RELATED TO DOCUMENT NO. 72 |
| ELAINE PINETTI, his wife, | : | |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESONDENT | : | |

**ORDER**

AND NOW, to-wit, this __6th__ day of ____August____, 2018, upon consideration of the

Motion to Approve Marital Settlement Agreement dated June 14, 2018 filed by the Debtors,

Joseph John Pinetti and Valarie Elaine Pinetti, his wife, and following a hearing held on this

matter, it is hereby ORDERED, ADJUDGED and DECREED that the Marital Settlement

Agreement is APPROVED.

The major provisions of the Marital Settlement Agreement are as follows:

a.  The parties have divided their personal property as set forth in Exhibit "A"

to the Marital Settlement Agreement.

b.   Valarie Pinetti shall retain the 2005 Isuzu.

c.   Joseph Pinetti shall retain the Ford F-150.

d.   The parties shall enter into a Qualified Domestic Relations Order

wherein $28,848.95 of Joseph Pinetti's General Electric Pension Plan and Savings Security

Plan shall be transferred to Valarie Pinetti.

#1141244

e.      Except as otherwise provided, Joseph Pinetti shall retain the balance of his General Electric Pension and General Electric Savings and Security Plan and Valarie Pinetti shall retain all of her General Electric Pension and General Electric Savings and Security Plan.

f.      Joseph Pinetti agrees to vacate the real estate located at 3852 Garfield Avenue, Harborcreek, Pennsylvania 16421.

g.      Both parties agree to continue the existing Chapter 13 wage garnishment.

h.      Joseph Pinetti agrees to execute a Quit Claim Deed for the real estate located at 6852 Garfield Avenue, Harborcreek, Pennsylvania 16421.

i.      Valarie Pinetti agrees to refinance the existing mortgage on the real estate located at 6852 Garfield Avenue, Harborcreek, Pennsylvania 16421 within two (2) years of obtaining a Chapter 13 discharge.

j.      Both parties waive their right to alimony, alimony pendent lite and spousal support, counsel fees and expenses from the other party.

k.      The parties resolved their custody dispute with a custody schedule. The parties agree to proceed with the divorce action

_____
The Honorable Thomas P. Agresti
United States Bankruptcy Judge

#1141244

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                              Case No. 14-10787-TPA
Joseph John Pinetti                                                 Chapter 13
Valarie Elaine Pinetti
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-1          User: mgut              Page 1 of 1           Date Rcvd: Aug 06, 2018
                              Form ID: pdf900         Total Noticed: 2
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2018.
db              +Joseph John Pinetti,   520 Montroyale Drive,    Erie, PA 16504-2616
jdb             +Valarie Elaine Pinetti,   6852 Garfield Ave.,   Harborcreek, PA 16421-1409
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0
```

```
        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 6, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
          James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Carrington Mortgage Services, LLC,
           bkgroup@kmllawgroup.com
          Joel Sherman Todd    on behalf of Creditor    Bank of America, N.A. jtodd@shp-law.com
          Michael S. Jan Janin    on behalf of Debtor Joseph John Pinetti mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
           myers@quinnfirm.com
          Michael S. Jan Janin    on behalf of Joint Debtor Valarie Elaine Pinetti mjanjanin@quinnfirm.com,
           knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
           myers@quinnfirm.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sherri J. Smith    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com,
           sherri.braunstein@phelanhallinan.com
          Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A. swinneg@udren.com,
           cblack@udren.com
                                                                                   TOTAL: 10
```