**Form 143**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Joseph John Pinetti
Valarie Elaine Pinetti**
  Debtor(s)

Bankruptcy Case No.: 14–10787–TPA

Chapter: 13
Docket No.: 81 – 80

## NOTICE OF TERMINATED TRUSTEE OR ATTORNEY

     Joel S. Todd, Esq. has been removed as attorney from this case and will not receive any future notifications.

     The docket for this case should be reviewed to determine the reason for removal and for any other information that may be important.

Dated: September 11, 2018

Michael R. Rhodes
Clerk

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph John Pinetti  
Valarie Elaine Pinetti  
    Debtors

Case No. 14-10787-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1　　　User: mgut　　　Page 1 of 1　　　Date Rcvd: Sep 11, 2018  
　　　　　　　　　　　　Form ID: 143　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2018.
aty　　　+Joel Sherman Todd,   Shelton, Harrison & Pinson, PLLC,   212 West Gay Street,    West Chester, PA 19380-2942

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****  
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018　　　　　　　　　　　　　　　　　　Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2018 at the address(es) listed below:
　　　　　Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
　　　　　James   Warmbrodt     on behalf of Creditor    Carrington Mortgage Services, LLC,
　　　　　　bkgroup@kmllawgroup.com
　　　　　James   Warmbrodt     on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
　　　　　Joel Sherman Todd    on behalf of Creditor     Bank of America, N.A. jtodd@shp-law.com
　　　　　Laurence A. Mester    on behalf of Creditor    Carrington Mortgage Services, LLC
　　　　　　lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
　　　　　Michael S. Jan Janin    on behalf of Debtor Joseph John Pinetti mjanjanin@quinnfirm.com,
　　　　　　knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com;mtrayer@quinnfirm.com
　　　　　Michael S. Jan Janin    on behalf of Joint Debtor Valarie Elaine Pinetti mjanjanin@quinnfirm.com,
　　　　　　knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;mmyers@quinnfirm.com;mtrayer@quinnfirm.com
　　　　　Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
　　　　　Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
　　　　　Sherri J. Smith    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com,
　　　　　　sherri.braunstein@phelanhallinan.com
　　　　　Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A. swinneg@udren.com,
　　　　　　cblack@udren.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 11