FILED
9/11/18 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
### ERIE DIVISION

IN RE:

Joseph John Pinetti
*and* Valarie Elaine Pinetti,

     Debtors.

-----------------------------------------------------

Carrington Mortgage Services, LLC,
servicing agent on behalf of Bank of
America, N.A.,

         Movant

        v.

No Respondent.

Bankruptcy No. 14-10787-TPA

Chapter 13

Related to Document No.:   79

## ORDER GRANTING REQUEST FOR SUBSTITUTION OF COUNSEL

AND NOW, this  11th  day of _____ September _____, based upon Carrington Mortgage Services, LLC, servicing agent on behalf of Secured Creditor Bank of America, N.A.'s Motion submitted and attached hereto, and for good cause shown, the Court makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Order Granting Request for Substitution of Counsel in the above-entitled Bankruptcy proceeding is granted.

IT IS FURTHER ORDERED that the law firm of Mester & Schwartz, P.C. be substituted as attorneys of record in place and stead of the firm of J. Todd Law, P.C. in this case.

Thomas P. Agresti, Judge
United States Bankruptcy Court

Please send copies to:

Joseph John Pinetti
520 Montroyale Drive
Erie, PA 16504
Debtor

Valarie Elaine Pinetti
6852 Garfield Ave.
Harborcreek, PA 16421
Debtor

Michael S. Jan Janin
Quinn Buseck Leemhuis Toohey & Kroto Inc
2222 West Grandview Boulevard
Erie, PA 16506-4508
Attorney for Debtor

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Chapter 13 Trustee

U.S. Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Laurence A. Mester, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107

Joel S. Todd, Esquire
J. Todd Law, P.C.
212 West Gay Street
West Chester, PA 19380
Former Attorney for Secured Creditor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 14-10787-TPA
Joseph John Pinetti                                            Chapter 13
Valarie Elaine Pinetti
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: mgut              Page 1 of 1          Date Rcvd: Sep 11, 2018
                             Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 13, 2018.
db           +Joseph John Pinetti,    520 Montroyale Drive,    Erie, PA 16504-2616
jdb          +Valarie Elaine Pinetti,   6852 Garfield Ave.,    Harborcreek, PA 16421-1409
             +Joel S. Todd, Esq.,   J. Todd Law, P.C.,    212 West Gay Street,    West Chester, PA 19380-2942

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2018 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              James Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Carrington Mortgage Services, LLC,
               bkgroup@kmllawgroup.com
              Joel Sherman Todd    on behalf of Creditor    Bank of America, N.A. jtodd@shp-law.com
              Laurence A. Mester    on behalf of Creditor    Carrington Mortgage Services, LLC
               lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Michael S. Jan Janin    on behalf of Joint Debtor Valarie Elaine Pinetti mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com;mtrayer@quinnfirm.com
              Michael S. Jan Janin    on behalf of Debtor Joseph John Pinetti mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               myers@quinnfirm.com;mtrayer@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sherri J. Smith    on behalf of Creditor    Bank of America, N.A. pawb@fedphe.com,
               sherri.braunstein@phelanhallinan.com
              Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A. swinneg@udren.com,
               cblack@udren.com
                                                                                    TOTAL: 11