**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

05/02/2019

IN RE:

JOSEPH JOHN PINETTI
520 MONTROYALE DRIVE
ERIE, PA 16504
XXX-XX-8354         Debtor(s)

Case No. 14-10787 TPA

Chapter 13

VALARIE ELAINE PINETTI
6852 GARFIELD AVE.
HARBORCREEK, PA 16421
XXX-XX-6445

**NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS**

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

\*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/2/2019

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **CARRINGTON MORTGAGE SERVICES LLC**<br>BANKRUPTCY DEPARTMENT<br>PO BOX 3730<br>ANAHEIM, CA  92806 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:4<br>CLAIM:  0.00<br>COMMENT:  PMT/DECL*1282.03/PL*DKT4LMT*BGN 8/14*FR BOA-DOC 51 | CRED DESC:  MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 6187 |
| **FORD MOTOR CREDIT COMPANY LLC(*)**<br>DEPT 55953<br>PO BOX 55000<br>DETROIT, MI  48255-0953 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:2-2<br>CLAIM:  8,769.81<br>COMMENT:  CL2GOV@23REM*407@24REM/PL*W/23*AMD CL=0*DK!! | CRED DESC:  PRIORITY CREDITOR<br>ACCOUNT NO.: 5047 |
| **GENERAL ELECTRIC CO++**<br>GE APPLIANCE DIVISION<br>POB 429321<br>CINCINNATI, OH  45242 | Trustee Claim Number:3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  OUTSIDE/MAG*NT PROV/PL*NT ADR~401K/SCH | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: |
| **GENERAL ELECTRIC CO++**<br>GE APPLIANCE DIVISION<br>POB 429321<br>CINCINNATI, OH  45242 | Trustee Claim Number:4   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  OUTSIDE/MAG*NT PROV/PL*NT ADR~401K/SCH | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: |
| **HARBORCREEK TWP MUNICIPAL AUTH**<br>5601 BUFFALO RD<br>HARBORCREEK, PA  16421 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  13,147.76<br>COMMENT:  $@0%/PL*SWR/SCH | CRED DESC:  SECURED CREDITOR<br>ACCOUNT NO.: |
| **BANK OF AMERICA NA\*\***<br>PO BOX 15102<br>WILMINGTON, DE  19886-5102 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4584 |
| **CERASTES LLC**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:6<br>CLAIM:  4,433.84<br>COMMENT:  BARCLAYS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 3468 |
| **JPMORGAN CHASE BANK NA**<br>PO BOX 15298<br>WILMINGTON, DE  19850 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4487 |
| **ECAST SETTLEMENT CORP**<br>POB 29262<br>NEW YORK, NY  10087-9262 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  26,925.77<br>COMMENT:  CITIBANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 4636 |
| **ECAST SETTLEMENT CORP**<br>POB 29262<br>NEW YORK, NY  10087-9262 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM:  3,095.64<br>COMMENT:  CITIBANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 1947 |

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **COLLECTION SERVICE CENTER INC**<br>832 5TH AVE - CORPORATE OFFICE<br>POB 560<br><br>NEW KENSINGTON, PA 15068 | Trustee Claim Number:11  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: ST VINCENT HEALTH CNTR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DISCOVER BANK(*)**<br>C/O DB SERVICING CORP<br>PO BOX 3025<br><br>NEW ALBANY, OH 43054-3025 | Trustee Claim Number:12  INT %: 0.00%<br>Court Claim Number:1<br><br>CLAIM: 16,398.42<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1590 |
| **DUSCKAS FUNERAL HOME**<br>C/O SHAPIRA HEUZELMAN SMITH & WALSH<br>305 WEST SIXTH ST<br><br>ERIE, PA 16507 | Trustee Claim Number:13  INT %: 0.00%<br>Court Claim Number:12<br><br>CLAIM: 8,418.00<br>COMMENT: DU-2012436*NO NUM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2436 |
| **EBAY INC++**<br>BILLING OPERATIONS<br>173 WEST ELECTION RD<br><br>DRAPER, UT 84020 | Trustee Claim Number:14  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5125 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:15  INT %: 0.00%<br>Court Claim Number:8<br><br>CLAIM: 4,094.74<br>COMMENT: SYNCHRNY/JCP | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9769 |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA 19355-0701 | Trustee Claim Number:16  INT %: 0.00%<br>Court Claim Number:5<br><br>CLAIM: 262.28<br>COMMENT: KOHL'S | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2564 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:17  INT %: 0.00%<br>Court Claim Number:10<br><br>CLAIM: 6,669.17<br>COMMENT: CITIBANK/SEARS | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4437 |
| **PRA RECEIVABLES MANAGEMENT LLC - AGNT**<br>PO BOX 12914<br><br>NORFOLK, VA 23541 | Trustee Claim Number:18  INT %: 0.00%<br>Court Claim Number:11<br><br>CLAIM: 593.66<br>COMMENT: SYNCHRONY/TOYS R US | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2334 |
| **WELLS FARGO BANK NA**<br>POB 10438 MAC X2505-016<br><br>DES MOINES, IA 50306 | Trustee Claim Number:19  INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: NT ADR~FURNITURE BARN/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WELLS FARGO FINANCIAL NATIONAL BANK**<br>C/O WELLS FARGO BANK NA<br>PO BOX 14487<br><br>DES MOINES, IA 50309 | Trustee Claim Number:20  INT %: 0.00%<br>Court Claim Number:3<br><br>CLAIM: 2,298.12<br>COMMENT: CL3GOV*UNS/SCH-PL | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 4448 |

| | | |
|---|---|---|
| **CARRINGTON MORTGAGE SERVICES LLC** | Trustee Claim Number:21  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| BANKRUPTCY DEPARTMENT | Court Claim Number:4 | ACCOUNT NO.: 6187 |
| PO BOX 3730 | CLAIM: 2,560.43 | |
| ANAHEIM, CA  92806 | COMMENT: CL4GOV*NT PROV/PL*THRU 7/14*FR BOA-DOC 51 | |
| **CARRINGTON MORTGAGE SERVICES LLC** | Trustee Claim Number:22  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
| BANKRUPTCY DEPARTMENT | Court Claim Number:4 | ACCOUNT NO.: 6187 |
| PO BOX 3730 | CLAIM: 500.00 | |
| ANAHEIM, CA  92806 | COMMENT: NT PROV/PL*NTC PP FEE/EXP REF CL*W/21*FR BOA-DOC 51 | |
| **FORD MOTOR CREDIT COMPANY LLC(*)** | Trustee Claim Number:23  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| DEPT 55953 | Court Claim Number:2-2 | ACCOUNT NO.: 5047 |
| PO BOX 55000 | CLAIM: 594.26 | |
| DETROIT, MI  48255-0953 | COMMENT: NT PROV/PL*DFCNCY/LEASE-END BAL*AMD*W/2*DK!! | |
| **JOEL S TODD ESQ** | Trustee Claim Number:24  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| SHELTON HARRISON & PINSON PLLC | Court Claim Number: | ACCOUNT NO.: |
| 701 HIGHLANDER BLVD STE 270 | CLAIM: 0.00 | |
| ARLINGTON, TX  76015 | COMMENT: BOA/PRAE*RCVD NTC TO WTHDRWL/PRAE | |