**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | *Joseph* | *John* | *Pinetti* |
| | First Name | Middle Name | Last Name |
| Debtor 2 | *Valarie* | *Elaine* | *Pinetti* |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number *14-10787TPA*
(if known)

## Official Form 423
## Certification About a Financial Management Course                    12/15

If you are an individual, you must take an approved course about personal financial management if:
- **you filed for bankruptcy under chapter 7 or 13, or**
- **you filed for bankruptcy under chapter 11 and § 1141 (d)(3) does not apply.**

**In a joint case, each debtor must take the course. 11 U.S.C. §§ 727(a)(11) and 1328(g).**

After you finish the course, the provider will give you a certificate. The provider may notify the court that you have completed the course. If the provider does notify the court, you need not file this form. I the provider does not notify the court, then Debtor 1 and Debtor 2 must each file this form with the certificate number before your debts will be discharged.

- If you filed under chapter 7 and you need to file this form, file it within 60 days after the first date set for the meeting of creditors under § 341 of the Bankruptcy Code.
- If you filed under chapter 11 or 13 and you need to file this form, file it before you make the last payment that your plan requires or before you file a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Bankruptcy Code. Fed. R. Bankr. P. 1007(c).

**In some cases, the court can waive the requirement to take the financial management course. To have the requirement waived, you must file a motion with the court and obtain a court order.**

### Part 1: Tell the Court About the Required Course.

*You must check one:*

**X**  **I completed an approved course in personal financial management:**

Date I took the course    *July 15, 2019*

Name of approved provider    *Advantage Credit Counseling Service, Inc.*

Certificate Number    *01721-PAW-DE-033110146*

☐ **I am not required to complete a course in personal financial management because the court has granted my motion for a waiver of the requirement based on** *(check one):*

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to complete a course in personal financial management in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**  I am currently on active military duty in a military combat zone.

☐ **Residence.**  I live in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses cannot adequately meet my needs.

### Part 2: Sign Here

I certify that the information I have provided is true and correct.

| X /s/Joseph John Pinetti | **Joseph John Pinetti** | Date **7/18/2019** |
|---|---|---|
| **Signature of debtor named on certificate** | Printed name of debtor | |

#

Official Form 423    **Certification About a Financial Management Course**

Certificate Number: 01721-PAW-DE-033110146

Bankruptcy Case Number: 14-10787



01721-PAW-DE-033110146

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 15, 2019, at 2:51 o'clock PM EDT, Joseph Pinetti completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: July 15, 2019

By: /s/Sarah Chechak

Name: Sarah Chechak

Title: Counseling