IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 14-10787TPA |
| | : | |
| JOSEPH JOHN PINETTI and VALARIE ELAINE PINETTI, his wife, | : : | THE HON. THOMAS P. AGRESTI |
| Debtors | : | CHAPTER 13 |
| | : | |
| JOSEPH JOHN PINETTI and VALARIE ELAINE PINETTI, his wife, | : : | DOCUMENT NO. |
| Movants | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESPONDENT | : | |

**DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY**

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. Include whichever one of the two following statements applies:

    __X__ The Debtors are not required to pay any Domestic Support Obligations.

    ____ The Debtors are required to pay Domestic Support Obligations and the Debtors have paid any amounts payable under a Court Order or Statute that were due on or before the date of this Certification (including amounts due before the petition was filed, but only to the extent provided for in the Plan).

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the timeframes specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On July 18, 2019, at Docket Nos. 87 and 88, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies)*:

__X__   Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

_____   Undersigned Counsel duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: July 21, 2019          By:     */s/Joseph John Pinetti*
                                      Debtor/Joseph John Pinetti

Dated: July 21, 2019          By:     */s/Valerie Elaine Pinetti*
                                      Debtor/Valarie Elaine Pinetti

                                      Respectfully submitted,

                                      QUINN, BUSECK, LEEMHUIS, TOOHEY
                                      & KROTO, INC.

Dated: July 22, 2019          By:     */s/Michael S. JanJanin*
                                      Michael S. Jan Janin, Esq.
                                      Pa. I.D. No. 38880
                                      2222 West Grandview Boulevard
                                      Erie, PA 16506-4508
                                      Phone: (814) 833-2222, Ext. 1045
                                      Phone: (814) 314-1051 (Direct)
                                      Fax: (814) 833-6753
                                      Email: mjanjanin@quinnfirm.com
                                      Attorneys for Debtors, Joseph John Pinetti and
                                      Valarie Elaine Pinetti

1222755