**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY NO. 14-10787TPA |
| | : | |
| JOSEPH JOHN PINETTI and VALARIE ELAINE | : | THE HONORABLE THOMAS P. AGRESTI |
| PINETTI, his wife, | : | |
| Debtors. | : | CHAPTER 13 |
| | : | |
| JOSEPH JOHN PINETTI, | : | |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| NO RESONDENT. | : | |
| | : | |

<u>NOTICE OF CHANGE OF ADDRESS</u>

Please take note that the following addresses have changed:

| Undeliverable Address | Correct Address |
|---|---|
| Joseph John Pinetti<br>520 Montroyale Drive<br>Erie, PA  16504 | Joseph John Pinetti<br>528 Montroyale Drive<br>Erie, PA  16504 |

Respectfully submitted,

QUINN, BUSECK, LEEMHUIS, TOOHEY & KROTO,
INC.


BY:     /s/Michael S. JanJanin
Michael S. JanJanin, Esquire
PA Id. No. 38880
2222 West Grandview Boulevard
Erie, Pennsylvania  16506-4508
Telephone: 814-833-2222
Facsimile: 814-833-6753
mjanjanin@quinnfirm.com
Counsel for Debtors

Dated:  September 6, 2019

Document No. 1143164