**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/20/19 9:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE:<br>  JOSEPH JOHN PINETTI<br>VALARIE ELAINE PINETTI<br>      Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>      vs.<br>  JOSEPH JOHN PINETTI<br>VALARIE ELAINE PINETTI<br><br>    Respondents | Case No.14-10787TPA<br><br>Chapter 13<br><br>Document No. 91 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this ___20th___ day of _September_, 20_19_, it is hereby ORDERED, ADJUDGED, and DECREED that,

General Electric Co
Attn: Payroll Manager
Po Box 5000
Schenectady,NY 12301

is hereby ordered to immediately terminate the attachment of the wages of VALARIE ELAINE PINETTI, social security number XXX-XX-6445.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of VALARIE ELAINE PINETTI.

BY THE COURT:

_____vas_____
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Joseph John Pinetti  
Valarie Elaine Pinetti  
    Debtors

Case No. 14-10787-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-1     User: bsil     Page 1 of 1     Date Rcvd: Sep 20, 2019  
                    Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2019.
```
db           +Joseph John Pinetti,   528 Montroyale Drive,   Erie, PA 16504-2643
jdb          +Valarie Elaine Pinetti,   6852 Garfield Ave.,   Harborcreek, PA 16421-1409
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2019                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2019 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    Carrington Mortgage Services, LLC,
               bkgroup@kmllawgroup.com
              Laurence A. Mester     on behalf of Creditor    Carrington Mortgage Services, LLC
               lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Michael S. Jan Janin    on behalf of Debtor Joseph John Pinetti mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               trayer@quinnfirm.com;gbebko@quinnfirm.com
              Michael S. Jan Janin    on behalf of Joint Debtor Valarie Elaine Pinetti mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               trayer@quinnfirm.com;gbebko@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A. swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 9
```