**Form 300b**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Joseph John Pinetti** | : | Case No. 14−10787−TPA |
| **Valarie Elaine Pinetti** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 99 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 2/5/20 at 12:00 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

### ORDER SCHEDULING DATE FOR RESPONSE
### AND HEARING ON MOTION

        ***AND NOW,*** this ***The 27th of November, 2019***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 99 , by the Chapter 13 Trustee

        It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

        (1)  ***On or before January 13, 2020***, any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 ***OR*** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

        (2)  This *Motion* is scheduled for hearing on ***February 5, 2020 at 12:00 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*.

        (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 14-10787-TPA
Joseph John Pinetti                                                   Chapter 13
Valarie Elaine Pinetti
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: jmar            Page 1 of 2            Date Rcvd: Nov 27, 2019
                           Form ID: 300b         Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
```
db           +Joseph John Pinetti,    528 Montroyale Drive,    Erie, PA 16504-2643
jdb          +Valarie Elaine Pinetti,    6852 Garfield Ave.,    Harborcreek, PA 16421-1409
cr           +Carrington Mortgage Services, LLC,,    c/o Prober & Raphael, A Law Corporation,
              20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
sp           +Paige E. Peasley,    Martone & Peasley,    150 West Fifth Street,    Erie, PA 16507-2199
13886962     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     4161 Piedmont Pkwy.,    Greensboro, NC  27410)
13886963     +Bank of America,    101 S. Tryon St.,    Charlotte, NC 28280-0010
13931192     +Bank of America, N.A.,    16001 North Dallas Parkway,    Addison, TX 75001-3311
13886965     +Barclays Bank,    P.O. Box 8803,    Wilmington, DE 19899-8803
13931753      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14154591     +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
13886966     +Chase Card,    Cardmember Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
13886967     +Citibank,    Attn: Bankruptcy Dept.,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
13886968     +Citicards,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
13886969     +Collection Service Center,    P.O. Box 560,    New Kensington, PA 15068-0560
13886970     +David J. Rhodes, Esquire,    150 East Eighth St.,    Erie, PA 16501-1269
13886972     +Dusckas Funeral Home,    2607 Buffalo Rd.,    Erie, PA 16510-1499
13942987      ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK (SOUTH DAKOTA), N.A.,    POB 29262,
              NEW YORK, NY 10087-9262
13886974     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Credit,     P.O. Box 6275,    Dearborn, MI  48121)
13886975     +Ford Motor Credit,    P.O. Box 542000,    Omaha, NE 68154-8000
13886977     +Harborcreek Township Sewer Authority,    5601 Buffalo Road,    Harborcreek, PA 16421-1625
13886980     +Mortgage Electronic,    Registration Systems, Inc.,    P.O. Box 2026,    Flint, MI 48501-2026
13886981     +Mortgage Electronic Reg Sys,    1901 E. Voorhees St.,    Ste C,    Danville, IL 61834-4512
13886982     +Sears CBSD,    P.O. Box 6283,    Sioux Falls, SD 57117-6283
13886985     +Wells Fargo Bank, N.A.,    1661 Worthington Road,    Suite 100,    West Palm Beach, FL 33409-6493
13886986     +Wells Fargo Bank, N.A.,    P.O. Box 9210,    Des Moines, IA 50306-9210
13928799      Wells Fargo Bank, N.A.,    PO Box 10438,    Des Moines, IA 50306-0438
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13937252     +E-mail/Text: bncmail@w-legal.com Nov 28 2019 03:40:18      CERASTES, LLC,
              C O WEINSTEIN,PINSON AND RILEY, PS,     2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13886971      E-mail/Text: mrdiscen@discover.com Nov 28 2019 03:38:27      Discover Financial Services,
              P.O. Box 15316,    Wilmington, DE  19850
13889742      E-mail/Text: mrdiscen@discover.com Nov 28 2019 03:38:27      Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
13886973     +E-mail/Text: jstauffe_BK@ebay.com Nov 28 2019 03:39:18      Ebay,    2145 Hamilton Ave.,
              San Jose, CA 95125-5905
13886978     +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 03:46:39      JCPenney,    P.O. Box 965007,
              Orlando, FL 32896-5007
13886979     +E-mail/Text: bncnotices@becket-lee.com Nov 28 2019 03:38:39      Kohls,
              N 56 W 17000 Ridgewood Dr.,    Menomonee Falls, WI 53051-7096
13943443      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2019 03:48:19
              Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
13886983     +E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2019 03:49:47      Toys R Us,    P.O. Box 965005,
              Orlando, FL 32896-5005
13886984     +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Nov 28 2019 03:39:58      U. S. Trustee's Office,
              1001 Liberty Ave.,    Liberty Center,    Suite 970,    Pittsburgh, PA 15222-3721
                                                                                        TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            BANK OF AMERICA, N.A.
cr            Bank of America, N.A.
cr*          +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
cr*          +WELLS FARGO BANK, N.A.,    PO BOX 10438,    DES MOINES, IA 50306-0438
13886964*    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,     P.O. Box 982235,    El Paso, TX  79998)
13902168*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
              (address filed with court: Ford Motor Credit Company LLC,     P. O. Box 62180,
              Colorado Springs, CO 80962)
sp           ##+Edward J. Niebauer,    510 Cranberry Street,    Suite 301,    Erie, PA 16507-1077
13886976     ##+General Electric Co.,    P.O. Box 60300,    Fort Myers, FL 33906-6300
                                                                             TOTALS: 2, * 4, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

District/off: 0315-1            User: jmar            Page 2 of 2            Date Rcvd: Nov 27, 2019
                               Form ID: 300b         Total Noticed: 35

              ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              James  Warmbrodt    on behalf of Creditor    Carrington Mortgage Services, LLC,
               bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Laurence A. Mester    on behalf of Creditor    Carrington Mortgage Services, LLC
               lmester@mesterschwartz.com,  jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Michael S. Jan Janin    on behalf of Debtor Joseph John Pinetti mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               trayer@quinnfirm.com;gbebko@quinnfirm.com
              Michael S. Jan Janin    on behalf of Joint Debtor Valarie Elaine Pinetti mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
               trayer@quinnfirm.com;gbebko@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A. swinneg@udren.com,
               cblack@udren.com
                                                                            TOTAL: 9