**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
1/14/20 10:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
JOSEPH JOHN PINETTI
VALARIE ELAINE PINETTI
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:14-10787 TPA

Chapter 13

Document No. 99

ORDER OF COURT

AND NOW, this 14th day of January, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

U.S. BANKRUPTCY JUDGE

vas

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                                  Case No. 14-10787-TPA
Joseph John Pinetti                                                     Chapter 13
Valarie Elaine Pinetti
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-1          User: dkam                  Page 1 of 2                  Date Rcvd: Jan 14, 2020
                              Form ID: pdf900             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2020.
db            +Joseph John Pinetti,   528 Montroyale Drive,   Erie, PA 16504-2643
jdb           +Valarie Elaine Pinetti,   6852 Garfield Ave.,   Harborcreek, PA 16421-1409
cr            +Carrington Mortgage Services, LLC,,   c/o Prober & Raphael, A Law Corporation,
                20750 Ventura Boulevard, Suite 100,   Woodland Hills, CA 91364-6207
sp            +Paige E. Peasley,   Martone & Peasley,   150 West Fifth Street,   Erie, PA 16507-2199
13886962     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   4161 Piedmont Pkwy.,   Greensboro, NC  27410)
13886963      +Bank of America,   101 S. Tryon St.,   Charlotte, NC 28280-0010
13931192      +Bank of America, N.A.,   16001 North Dallas Parkway,   Addison, TX 75001-3311
13886965      +Barclays Bank,   P.O. Box 8803,   Wilmington, DE 19899-8803
13931753       Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14154591      +Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5951
13886966      +Chase Card,   Cardmember Services,   P.O. Box 15298,   Wilmington, DE 19850-5298
13886967      +Citibank,   Attn: Bankruptcy Dept.,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
13886968      +Citicards,   P.O. Box 6241,   Sioux Falls, SD 57117-6241
13886969      +Collection Service Center,   P.O. Box 560,   New Kensington, PA 15068-0560
13886970      +David J. Rhodes, Esquire,   150 East Eighth St.,   Erie, PA 16501-1269
13886972      +Dusckas Funeral Home,   2607 Buffalo Rd.,   Erie, PA 16510-1499
13942987       ECAST SETTLEMENT CORPORATION, ASSIGNEE,   OF CITIBANK (SOUTH DAKOTA), N.A.,   POB 29262,
                NEW YORK, NY 10087-9262
13886974     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Credit,   P.O. Box 6275,   Dearborn, MI  48121)
13886975      +Ford Motor Credit,   P.O. Box 542000,   Omaha, NE 68154-8000
13886977      +Harborcreek Township Sewer Authority,   5601 Buffalo Road,   Harborcreek, PA 16421-1625
13886980      +Mortgage Electronic,   Registration Systems, Inc.,   P.O. Box 2026,   Flint, MI 48501-2026
13886981      +Mortgage Electronic Reg Sys,   1901 E. Voorhees St.,   Ste. C,   Danville, IL 61834-4512
13886982      +Sears CBSD,   P.O. Box 6283,   Sioux Falls, SD 57117-6283
13886985      +Wells Fargo Bank, N.A.,   1661 Worthington Road,   Suite 100,   West Palm Beach, FL 33409-6493
13928799       Wells Fargo Bank, N.A.,   PO Box 10438,   Des Moines, IA 50306-0438
13886986      +Wells Fargo Bank, N.A.,   P.O. Box 9210,   Des Moines, IA 50306-9210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13937252      +E-mail/Text: bncmail@w-legal.com Jan 15 2020 03:08:08     CERASTES, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
13886971       E-mail/Text: mrdiscen@discover.com Jan 15 2020 03:07:11     Discover Financial Services,
                P.O. Box 15316,   Wilmington, DE  19850
13889742       E-mail/Text: mrdiscen@discover.com Jan 15 2020 03:07:11     Discover Bank,
                DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
13886973      +E-mail/Text: jstauffe_BK@ebay.com Jan 15 2020 03:07:34     Ebay,   2145 Hamilton Ave.,
                San Jose, CA 95125-5905
13886978      +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 03:06:04      JCPenney,   P.O. Box 965007,
                Orlando, FL 32896-5007
13886979      +E-mail/Text: bncnotices@becket-lee.com Jan 15 2020 03:07:15     Kohls,
                N 56 W 17000 Ridgewood Dr.,   Menomonee Falls, WI 53051-7096
13943443       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 15 2020 03:17:13
                Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
13886983      +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2020 03:04:38      Toys R Us,   P.O. Box 965005,
                Orlando, FL 32896-5005
13886984      +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jan 15 2020 03:07:53     U. S. Trustee's Office,
                1001 Liberty Ave.,   Liberty Center,   Suite 970,   Pittsburgh, PA 15222-3721
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A.
cr             Bank of America, N.A.
cr*           +Carrington Mortgage Services, LLC,   1600 South Douglass Road,   Anaheim, CA 92806-5951
cr*           +WELLS FARGO BANK, N.A.,   PO BOX 10438,   DES MOINES, IA 50306-0438
13886964*    ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   P.O. Box 982235,   El Paso, TX  79998)
13902168*    ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,   P. O. Box 62180,
                Colorado Springs, CO 80962)
sp           ##+Edward J. Niebauer,   510 Cranberry Street,   Suite 301,   Erie, PA 16507-1077
13886976     ##+General Electric Co.,   P.O. Box 60300,   Fort Myers, FL 33906-6300
                                                                                      TOTALS: 2, * 4, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-1              User: dkam              Page 2 of 2              Date Rcvd: Jan 14, 2020
                                  Form ID: pdf900        Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:

```
              Andrew F Gornall    on behalf of Creditor    BANK OF AMERICA, N.A. andygornall@latouflawfirm.com
              James    Warmbrodt    on behalf of Creditor    Carrington Mortgage Services, LLC,
               bkgroup@kmllawgroup.com
              James    Warmbrodt    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              Laurence A. Mester    on behalf of Creditor    Carrington Mortgage Services, LLC
                lmester@mesterschwartz.com,   jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Michael S. Jan Janin    on behalf of Debtor Joseph John Pinetti mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
              trayer@quinnfirm.com;gbebko@quinnfirm.com
              Michael S. Jan Janin    on behalf of Joint Debtor Valarie Elaine Pinetti mjanjanin@quinnfirm.com,
               knottingham@quinnfirm.com;mboni@quinnfirm.com;mgleba@quinnfirm.com;mmbquinnbankruptcy@gmail.com;m
              trayer@quinnfirm.com;gbebko@quinnfirm.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Stuart P. Winneg    on behalf of Creditor    Bank of America, N.A. swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 9
```